**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
E.W., INDIVIDUALLY and ON BEHALF OF
A.G., A CHILD WITH A DISABILITY,

                          Plaintiff,

-against-                                            21 **CIVIL** 11208 (VEC)(GWG)

## **JUDGMENT**
### For Attorney's Fees and Costs

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                          Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 31, 2023, the R&R is adopted in part, and modified in part. Plaintiff is awarded $37,661.08 in attorney's fees, expenses, and costs; accordingly, the case is closed.

**Dated:** New York, New York

      August 1, 2023

                                                                **RUBY J. KRAJICK**
                                                                   **Clerk of Court**

                         **BY:**      K. Mango

                                                                   **Deputy Clerk**